

**ORDERED in the Southern District of Florida on October 26, 2021.**

          **Scott M. Grossman, Judge**
          **United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
Vicki Lee Grusby

Case No.: 20-11033-SMG
Chapter 13

Debtor(s).
_____/

**ORDER DENYING AMENDED MOTION TO DISMISS CASE FILED BY CREDITOR THE BANK OF NEW YORK MELLON FOR FAILURE TO PROSECUTED (ECF 52)**

THIS MATTER CAME before the Court on the consent calendar on October 14, 2021 upon the Amended Motion to Dismiss Case filed by Creditor The Bank of New Mellon (ECF 52). Based upon the record, it is **ORDERED** as follows:

1. The Creditor's Amended Motion to Dismiss Case is DENIED without prejudice for failure to prosecuted.

###

Submitted by:
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

Copies furnished to:
NOWACK & OLSON, PLLC is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.